UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSE ESCOBAR, individually and on behalf of all others similarly situated,

Plaintiff,

-against-

THE ORIGINAL BROADWAY JOE'S PIZZA, INC. d/b/a BROADWAY JOE'S PIZZA, LOUIS PORCO, and ROBERT PORCO, as individuals,

Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _09/06/2023_

23 Civ. 6866 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court has reviewed the proposed joint stipulation regarding Defendants' time to respond to the complaint. *See* ECF No. 15. The proposed joint stipulation states that "the deadline for Defendants, JHJW INC. and JOSEPH F. STARKS INC to file their Answer or to otherwise move, is adjourned on consent to and including OCTOBER 1, 2023." *Id.* at 1. JHJW Inc. and Joseph F. Starks Inc. are not defendants to this action.

Accordingly, by **September 12, 2023**, the parties shall file a revised proposed joint stipulation.

SO ORDERED.

Dated: September 6, 2023
New York, New York

_____
ANALISA TORRES
United States District Judge