

**HELEN F. DALTON & ASSOCIATES**

ATTORNEYS AT LAW

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 01/22/2024

80-02 Kew Gardens Road, Suite 601, Kew Gardens, NY 11415

Tel. (718) 263-9591 Fax. (718) 263-9598

January 18, 2024

**Via ECF**
The Honorable District Judge Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

              Re: **Escobar v. The Original Broadway Joe's Pizza, Inc., et. al.**
                    23-CV-6866 (AT)

Dear Judge Torres:

    Our office represents the Plaintiff in the above-referenced matter and we submit this letter motion jointly with Defendants to respectfully request an extension of time to file the parties' settlement agreement and motion for settlement approval. The settlement documents are due to the Court on January 19, 2024.

    We make this request as the parties have finalized the settlement agreement but are still in the process of obtaining all party signatures and finalizing the other documents to be provided to the Court. As such, we ask the Court for a two-week extension to file with the Court. If this request is granted, the parties can file on or before February 2, 2024.

    This is the first request for an extension of time to file the settlement documents and this request will not affect any other dates or deadlines.

    We thank the Court for its consideration and remain available to provide any additional information.

GRANTED.

SO ORDERED.

Dated: January 22, 2024
       New York, New York

_____
ANALISA TORRES
United States District Judge