```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 03/19/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSE ESCOBAR,

                Plaintiff,

-against-

THE ORIGINAL BROADWAY JOE'S PIZZA, INC. d/b/a BROADWAY JOE'S PIZZA, LOUIS PORCO, and ROBERT PORCO, as individuals,

                Defendants.

23 Civ. 6866 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    By order dated March 1, 2024, the Court denied the parties' motion for settlement approval and ordered them to file a revised letter and settlement agreement by March 15, 2024. ECF No. 25. That submission is now overdue.

    By **April 2, 2024**, the parties shall file a revised letter and settlement agreement consistent with the Court's March 1, 2024 order.

    SO ORDERED.

Dated: March 19, 2024
       New York, New York

                                          ANALISA TORRES
                                   United States District Judge