**HELEN F. DALTON &**
ATTORNEYS

80-02 Kew Gardens Road, Suite 601
T. (718) 263-9591 | F.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 04/03/2024

April 2, 2024

**To (via ECF):**
Honorable Analisa Torres, U.S.D.J
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   Escobar et al v. The Original Broadway Joe's Pizza Inc. et al
      Docket No.: 1:23-cv-06866-AT

Dear Judge Torres:

    Our office represents Plaintiff in the abovementioned matter, and we submit this letter to respectfully request an extension to file a revised letter and settlement agreement pursuant to March 19, 2024 Order. Counsel for Defendants has consented to this request.

    Plaintiff has revised the settlement agreement pursuant to the March 1, 2024 Order. The parties are currently in the process of executing the revised settlement agreement. The parties respectfully request a two-week extension, by April 16, 2024, to file the revised letter and revised settlement agreement. This is the second request for the relief sought herein.

    We thank the Court for its kind consideration in this matter and remain available to provide any additional information.

Respectfully submitted,

/s/
_____
Roman Avshalumov, Esq.

GRANTED.

SO ORDERED.

Dated: April 3, 2024
       New York, New York

_____
**ANALISA TORRES**
United States District Judge