```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

JOSE ESCOBAR,

                Plaintiff,

-against-

THE ORIGINAL BROADWAY JOE'S PIZZA, INC. d/b/a BROADWAY JOE'S PIZZA, LOUIS PORCO, and ROBERT PORCO, as individuals,

                Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 04/18/2024
```

23 Civ. 6866 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    By order dated April 3, 2024, the Court ordered the parties to file a revised letter and settlement agreement by April 16, 2024. ECF No. 28. That submission is now overdue.

    By **April 29, 2024**, the parties shall file a revised letter and settlement agreement consistent with the Court's March 1, 2024 order. ECF No. 25.

    SO ORDERED.

Dated: April 18, 2024
       New York, New York

                                        ANALISA TORRES
                                  United States District Judge